# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Simpson Performance Products, Inc.,

      *Plaintiff*       )
      v.       )    Civil Action No. 5:16CV156

Leatt Corporation,

      *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Leatt Corporation
c/o CSC Services of Nevada, Inc.
2215-B Renaissance Drive
Las Vegas, NV 89119

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Craig N. Killen, Esq.
    Karl S. Sawyer, Jr., Esq.
    Nelson Mullins Riley & Scarborough, LLP
    Bank of America Corporate Center
    100 North Tryon Street, Suite 4200
    Charlotte, NC 28202

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank G. Johns* [signature]         Date  **8/26/2016**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 5:16CV156

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____

**was received by me on** *(date)* _____.

❑ **I personally served the summons on the defendant at** *(place)* _____
**on** *(date)* _____ ; or

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❑ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____ ; or

❑ **I returned the summons unexecuted because** _____ ; or

❑ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $** _____.

**I declare under penalty of perjury that this information is true.**

**Date:** _____    _____
                                                                    **Server's signature**

                                                                    _____
                                                                    **Printed name and title**